Order entered February 13, 2015



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00891-CV

**FIRST BANK & TRUST COMPANY, ET AL., Appellant**

**V.**

**CENTURA LAND CORPORATION F/K/A IORI CENTURA, INC., Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-04743**

## ORDER
Before Chief Justice Wright and Judges Lang-Miers and Stoddart

Before the Court is appellant's Petition for Writ of Injunction and Motion for Contempt and appellee's Notice of Waiver of Response Unless Requested, and Motion to Strike and Unfile Appellants' Petition for Writ of Injunction and Motion for Contempt. The Court **DENIES** the request for writ of injunction. The Court **DENIES** appellee's Motion to Strike and Unfile Appellants' Petition for Writ of Injunction and Motion for Contempt. The motion for contempt will be determined by the panel to whom this appeal is submitted for determination of the merits of the appeal. The Court requests that appellee respond to the motion for contempt in its brief on the merits of the appeal. The Court extends until March 2, 2015 the deadline for filing appellee's brief on the merits.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE